**HLD-006**                                                          **NOT PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 17-1092
_____

In re: SHAUN ROSIERE,
                                                    Petitioner

_____

On a Petition for Writ of Mandamus from the
United States District Court for District of New Jersey
(Related to D.N.J. Crim. Nos. 1-08-cr-00629-005; 1-09-cr-00720-001)
_____

Submitted Pursuant to Rule 21, Fed. R. App. P.
March 2, 2017

Before: SMITH, Chief Judge, MCKEE and FUENTES, Circuit Judges

(Opinion filed: June 2, 2017)
_____

OPINION[*]
_____

PER CURIAM

Shaun Rosiere seeks a writ of mandamus to compel the District Court to rule on

three motions pending in the underlying criminal matter concerning the terms of his

supervised release. By order entered April 5, 2017, the District Court denied each

motion. In light of the District Court's action, this mandamus petition no longer presents

a live controversy. Therefore, we will dismiss it as moot. See Blanciak v. Allegheny

_____
[*] This disposition is not an opinion of the full Court and pursuant to I.O.P. 5.7 does not
constitute binding precedent.

Ludlum Corp., 77 F.3d 690, 698-99 (3d Cir. 1996) ("If developments occur during the course of adjudication that eliminate a plaintiff's personal stake in the outcome of a suit or prevent a court from being able to grant the requested relief, the case must be dismissed as moot.").